**Order entered January 28, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-01395-CV

### LINDA K. MCCRARY, Appellant

### V.

### EUSTOLIA P. RIOS AND LEONARDO M. RIOS, Appellees

**On Appeal from the County Court at Law No. 1**
**Hunt County, Texas**
**Trial Court Cause No. CC1800388**

## ORDER

Before the Court is appellant's January 24, 2019 motion in which she complains of the trial process and judgment and seeks, among other relief, return of her security deposit and to withdraw funds from the registry of the Court. The motion could be construed as appellant's brief on the merits. However, the brief is not yet due. While the clerk's record has been filed, the reporter's record has not.

By letter dated January 3, 2019, court reporter Cher Bench informed the Court the record had not been requested. That same day, we directed appellant to file, within ten days, written verification she had requested preparation of the reporter's record and cautioned her that failure to comply could result in the appeal being submitted without the record. *See* TEX. R. APP. P. 37.3(c). To date, appellant has not complied. Accordingly, we **ORDER** the appeal submitted

without the reporter's record and further **ORDER** appellant to file her brief on the merits no later than February 28, 2019. The brief shall comply with the requirements of Texas Rules of Appellate Procedure 9 and 38.1. *See* TEX. R. APP. P. 9, 38.1.

We **DENY** appellant's motion without prejudice to appellant raising the same arguments in her brief on the merits.

/s/     ERIN A. NOWELL
JUSTICE